JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN GONZALEZ, | Case No. 2:21-cv-06316-ODW (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| B. CATES, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge.

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 8, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE